In the Matter of JAMES C. LENNEY, an Attorney, Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Matter of Lenney*, 169 App. Div. 509, appeal dismissed.
(Argued January 8, 1917; decided January 16, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 5, 1915, disbarring the appellant herein from practice as an attorney and counselor at law.

The motion was made upon the ground of failure to file the required undertaking and return.

*Einar Chrystie* for motion.

No one opposed.

Motion granted and appeal dismissed.